SCHIFF HARDIN LLP
JEFFREY R. WILLIAMS (CSB #84156)
KATHLEEN A. STIMELING (CSB #209226)
One Market, Spear Street Tower, 32nd Floor
San Francisco, CA 94105
Telephone:   (415) 901-8700
Facsimile:   (415) 901-8701

Attorneys for Defendant
DOREL JUVENILE GROUP

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| ARTHUR SERRATO,<br><br>         Plaintiff,<br><br>    v.<br><br>COSTCO WHOLESALE CORPORATION, et al.,<br><br>         Defendants. | Case No.:  1:06-CV-0455 OWW SMS<br><br>**STIPULATED REQUEST TO CONTINUE TRIAL DATE AND RELATED PRETRIAL DEADLINES** |

    Plaintiff Arthur Serrato and defendants Dorel Juvenile Group, Inc. ("DJG") and Costco Wholesale Corporation, by and through their respective counsel, hereby stipulate and respectfully request that the Court continue the trial date and related pre-trial deadlines:

    WHEREAS, pursuant to this Court's case management order, pre-trial motion hearings are scheduled on May 18, 2007 and May 28, 2007, a pre-trial conference is scheduled on June 11, 2007 and this case is set for trial beginning July 17, 2007;

    WHEREAS the parties have exchanged written discovery and fact witness depositions have been completed;

    WHEREAS the parties have only recently exchanged initial material regarding their respective experts and depositions of the parties' experts have not yet taken place;

///

01850.00001
657612.1

- 1 -

Stipulated Request To Continue Trial Date And Related Pretrial Deadlines     Case No. 1:06-CV-0455 OWW SMS

SCHIFFHARDIN LLP
ATTORNEYS AT LAW
SAN FRANCISCO

PDF created with pdfFactory trial version www.pdffactory.com

WHEREAS the parties are interested in and committed to a method of alternative resolution to avoid further expense, litigation and burden on this Court;

WHEREAS the parties have scheduled private mediation to take place on June 6, 2007;

WHEREAS the parties are devoting their efforts and resources to resolving this matter without further Court intervention;

And WHEREAS the parties seek to be relieved of their expert discovery obligations and the burden of imminent pre-trial deadlines and trial date to concentrate on mediating this case and avoiding the expense of further litigation;

The parties stipulate to the following and respectfully request that the Court issue the following Orders:

1. Should mediation not result in the resolution of this matter on June 6, 2007, the parties are obligated to meet and confer in good faith regarding the scheduling of expert depositions, deposition of plaintiff's treating physician of any DJG representative;

2. The trial date of July 17, 2007, and all related pre-trial deadlines are vacated. The case is set for status on 6/15/07 at 8:45 a.m. in Courtroom 3.

SO STIPULATED.

Dated: May 7, 2007        /s/
                          John S. Gerhardt
                          Attorney for Plaintiff


Dated: May 7, 2007        /s/
                          Kathleen A. Stimeling
                          SCHIFF HARDIN LLP
                          Attorneys for Defendant

SO ORDERED.

Dated: May 10, 2007       /s/ Oliver W. Wanger

                          OLIVER W. WANGER

                          UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com