UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

```
ARTHUR SERRATO,               )
                              )
            Plaintiff,        )
                              )   1:06-cv-455 OWW SMS
      v.                      )
                              )   ORDER DISMISSING ACTION
COSTCO WHOLESALE, et al.,     )   FOR LACK OF PROSECUTION
                              )
            Defendant.        )
                              )
                              )
_____)
```

It appearing that the plaintiff having failed to prosecute this action and having failed to respond to the courts Order To Show Cause;

IT IS HEREBY ORDERED that this action is dismissed without prejudice.

IT IS SO ORDERED.

**Dated:   September 25, 2007**            /s/ Oliver W. Wanger
                                           UNITED STATES DISTRICT JUDGE

1